AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Gregory Barnhart-Moore<br>D.O.B. XX/XX/XXXX<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between on or about October 22, 2018 and December 20, 2018  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) | did knowingly receive and distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |
| 18 U.S.C. § 2251(d) | did knowingly make, print, and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive, exchange, display, distribute, and reproduce a visual depiction, the production of which involved the use or a minor engaging in sexually explicit conduct and such depiction was of such conduct, and the notice and advertisement was transported using any means and facility of interstate and foreign commerce and in affecting interstate and foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Detective Thomas Sullivan
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/07/2019

*Judge's signature*

City and state:  Washington, D.C.   Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*