## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| **GREGORY BARNHART MOORE,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 2252(a)(2)** |
| Defendant. | : | **(Distribution of Child Pornography)** |
| | : | |
| | : | |
| | : | |
| | : | |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about and between December 6, 2018 and December 20, 2018, within the District of Columbia and elsewhere, the defendant, **GREGORY BARNHART MOORE**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United
   States Code, Section 2252(a)(2))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:  */s/Janani Iyengar*
Janani Iyengar
N.Y. Bar No. 5225990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 252-7760
Janani.iyengar@usdoj.gov

2